NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

THOMSON LICENSING SAS AND THOMSON
LICENSING, LLC,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

QISDA CORPORATION, QISDA AMERICA
CORPORATION, QISDA (SUZHOU) CO., LTD.,
BENQ CORPORATION, BENQ AMERICA
CORPORATION, AND BENQ LATIN AMERICA
CORPORATION,
*Intervenors,*

AND

AU OPTRONICS CORPORATION AND AU
OPTRONICS CORPORATION OF AMERICA,
*Intervenors,*

AND

CHIMEI INNOLUX CORPORATION, INNOLUX
CORPORATION, AND CHI MEI
OPTOELECTRONICS USA, INC.,
*Intervenors.*

2012-1536

On appeal from the United States International Trade Commission in Investigation Nos. 337-TA-741 and 337-TA-749.

## ON MOTION

## ORDER

Upon consideration of Qisda Corporation, Qisda America Corporation, Qisda (Suzhou) Co., Ltd., Benq Corporation, Benq America Corporation, Benq Latin America Corporation, AU Optronics Corporation, AU Optronics Corporation of America, and Chimei Innolux Corporation, Innolux Corporation, and Chi Mei Optoelectronics USA, Inc.'s unopposed motions for leave to intervene,

IT IS ORDERED THAT:

The motions for leave to intervene are granted. The revised official caption is reflected above.

FOR THE COURT

SEP 14 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 14 2012

JAN HORBALY
CLERK

cc:  John C. O'Quinn , Esq.
     Steven P. Hollman, Esq.
     Ron E. Shulman, Esq.
     Frank H. Morgan, Esq.
     Jia Chen, Esq.


s24